# MaineHealth

April 11, 2023

US Bankruptcy Court
District of Maine
537 Congress St, 2nd Floor
Portland ME 04101

Re: Case # 22-20164

TO WHOM IT CONCERNS:

MaineHealth would like to withdraw Claim #5 in the amount of $1,080.87 for Case # 22-20164 for John Welch as we inadvertently filed the claim twice in error.

If you have any questions I can be reached at my direct line 207-662-7948, Monday through Friday from 8:00 am to 4:30 pm.

Sincerely,

*Rosemary McCulloch*

Rosemary L. McCulloch
Manager, Financial Counseling
207-662-7948

rlmcculloc@mmc.org

**MaineHealth**
Patient Financial Services
301 Route 1, Suite C
Scarborough, ME 04074-9701

ADDRESS SERVICE REQUESTED





US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 04074
02 4W
0000342414 APR 13 2023
$ 000.60°